**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE **07** DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
JULY    2019

7/15/19    to    7/20/19
WEEKLY PAYROLL ENDING DATES

PAGE  1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 37 | 37 | 37 | 0 |
| 3 | Pastorelli, Michael | | 20 | 20 | 20 | 0 |
| 4 | Pacheco, Angelo | | 0 | 0 | 0 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 8.5 | 8.5 | 8.5 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 0 | 0 | 0 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 6.5 | 6.5 | 6.5 | 0 |
| 13 | Thomas III, Jesse | | 6 | 6 | 6 | 0 |
| 14 | Stracuzzi, Rosario | | 33 | 33 | 33 | 0 |
| 15 | Cirulnick, Robert | | 7 | 7 | 7 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 0 | 0 | 0 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | Acevedo, Wilfredo | | 0 | 0 | 0 | 0 |
| | | INDICATE TOTAL HOURS | 118 | 118 | 118 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 118 | $ 1,348.74 | | $1,348.74 | |
| Local 282 Pension | 3.7800 | 118 | $ 446.04 | | $ 446.04 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 118 | $ 5.90 | | $ 5.90 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 1,800.68 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorese_    TITLE _President_    DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
JULY 2019

7/22/19 to 7/27/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 36 | 36 | 36 | 0 |
| 3 | Pastorelli, Michael | | 35 | 35 | 35 | 0 |
| 4 | Pacheco, Angelo | | 0 | 0 | 0 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 0 | 0 | 0 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 20 | 20 | 20 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 8.5 | 8.5 | 8.5 | 0 |
| 13 | Thomas III, Jesse | | 0 | 0 | 0 | 0 |
| 14 | Stracuzzi, Rosario | | 35 | 35 | 35 | 0 |
| 15 | Cirulnick, Robert | | 17.5 | 17.5 | 17.5 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 0 | 0 | 0 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | Acevedo, Wilfredo | | 0 | 0 | 0 | 0 |
| | **INDICATE TOTAL HOURS** | | 152 | 152 | 152 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 152 | $ 1,737.36 | | $1,737.36 | |
| Local 282 Pension | 3.7800 | 152 | $ 574.56 | | $ 574.56 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 152 | $ 7.60 | | $ 7.60 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 2,319.52 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorella_    TITLE _President_    DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE <u>07</u> DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF AUGUST 2019

<u>7/29/19</u> to <u>8/3/19</u>
WEEKLY PAYROLL ENDING DATES

PAGE <u>1</u>

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 35 | 35 | 35 | 0 |
| 3 | Pastorelli, Michael | | 22.5 | 22.5 | 22.5 | 0 |
| 4 | Romero, Stanley | | 0 | 0 | 0 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 0 | 0 | 0 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 34 | 34 | 34 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 8 | 8 | 8 | 0 |
| 13 | Thomas III, Jesse | | 8 | 8 | 8 | 0 |
| 14 | Stracuzzi, Rosario | | 0 | 0 | 0 | 0 |
| 15 | Cirulnick, Robert | | 16 | 16 | 16 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 0 | 0 | 0 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | Acevedo, Wilfredo | | 0 | 0 | 0 | 0 |
| | INDICATE TOTAL HOURS | | 123.5 | 123.5 | 123.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 123.5 | $ 1,411.61 | | $1,411.61 | |
| Local 282 Pension | 3.7800 | 123.5 | $ 466.83 | | $ 466.83 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 123.5 | $ 6.18 | | $ 6.18 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 1,884.61 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorese_    TITLE _President_    DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839

READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF AUGUST 2019

8/5/19 to 8/10/19
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 26.5 | 26.5 | 26.5 | 0 |
| 3 | Pastorelli, Michael | | 8 | 8 | 8 | 0 |
| 4 | Romero, Stanley | | 0 | 0 | 0 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 0 | 0 | 0 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 33 | 33 | 33 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 8 | 8 | 8 | 0 |
| 13 | Thomas III, Jesse | | 0 | 0 | 0 | 0 |
| 14 | Stracuzzi, Rosario | | 30 | 30 | 30 | 0 |
| 15 | Cirulnick, Robert | | 16.5 | 16.5 | 16.5 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 0 | 0 | 0 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | | | | | | |
| | INDICATE TOTAL HOURS | | 122 | 122 | 122 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 122 | $ 1,394.46 | | $1,394.46 | |
| Local 282 Pension | 3.7800 | 122 | $ 461.16 | | $ 461.16 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 122 | $ 6.10 | | $ 6.10 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $1,861.72 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastress_    TITLE _President_    DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
AUGUST  2019

8/12/19 to 8/17/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 35 | 35 | 35 | 0 |
| 3 | Pastorelli, Michael | | 20 | 20 | 20 | 0 |
| 4 | Romero, Stanley | | 30.5 | 30.5 | 30.5 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 0 | 0 | 0 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 32 | 32 | 32 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 8 | 8 | 8 | 0 |
| 13 | Thomas III, Jesse | | 0 | 0 | 0 | 0 |
| 14 | Stracuzzi, Rosario | | 32 | 32 | 32 | 0 |
| 15 | Cirulnick, Robert | | 16 | 16 | 16 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 30 | 30 | 30 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | | | | | | 0 |
| | **INDICATE TOTAL HOURS** | | 203.5 | 203.5 | 203.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 203.5 | $ 2,326.01 | | $2,326.01 | |
| Local 282 Pension | 3.7800 | 203.5 | $ 769.23 | | $ 769.23 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 203.5 | $ 10.18 | | $ 10.18 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 3,105.41 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY Catherine Pastoress    TITLE Pres    DATE 11/8/19

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE <u>07</u> DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF AUGUST 2019

8/19/19 to 8/24/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 30 | 30 | 30 | 0 |
| 3 | Pastorelli, Michael | | 32 | 32 | 32 | 0 |
| 4 | Romero, Stanley | | 27 | 27 | 27 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 0 | 0 | 0 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 25 | 25 | 25 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 14 | 14 | 14 | 0 |
| 13 | Thomas III, Jesse | | 8 | 8 | 8 | 0 |
| 14 | Stracuzzi, Rosario | | 36.5 | 36.5 | 36.5 | 0 |
| 15 | Cirulnick, Robert | | 14 | 14 | 14 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 28 | 28 | 28 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | | | | | | 0 |
| | **INDICATE TOTAL HOURS** | | 214.5 | 214.5 | 214.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 214.5 | $ 2,451.74 | | $2,451.74 | |
| Local 282 Pension | 3.7800 | 214.5 | $ 810.81 | | $ 810.81 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 214.5 | $ 10.73 | | $ 10.73 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 3,273.27 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastresa_ TITLE _President_ DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF AUGUST 2019

8/26/19 to 8/31/19
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 35 | 35 | 35 | 0 |
| 3 | Pastorelli, Michael | | 39 | 39 | 39 | 0 |
| 4 | Romero, Stanley | | 32.5 | 32.5 | 32.5 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 8 | 8 | 8 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Filingeri, Salvatore | | 20.5 | 20.5 | 20.5 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 31 | 31 | 31 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 31 | 31 | 31 | 0 |
| 13 | Thomas III, Jesse | | 16 | 16 | 16 | 0 |
| 14 | Stracuzzi, Rosario | | 30 | 30 | 30 | 0 |
| 15 | Cirulnick, Robert | | 34 | 34 | 34 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 33 | 33 | 33 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | | | | | | 0 |
| | **INDICATE TOTAL HOURS** | | 310 | 310 | 310 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 310 | $ 3,543.30 | | $3,543.30 | |
| Local 282 Pension | 3.7800 | 310 | $ 1,171.80 | | $1,171.80 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 310 | $ 15.50 | | $ 15.50 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $4,730.60 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY *Catherine Pastorese*   TITLE *President*   DATE 11/18/19

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF SEPTEMBER 2019

9/2/19 to 9/7/19
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 0 | 0 | 0 | 0 |
| 2 | Watkins, Gerald | | 40 | 40 | 40 | 0 |
| 3 | Pastorelli, Michael | | 40 | 40 | 40 | 0 |
| 4 | Romero, Stanley | | 35 | 35 | 35 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 0 | 0 | 0 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Filingeri, Salvatore | | 6 | 6 | 6 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 30 | 30 | 30 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 8 | 8 | 8 | 0 |
| 13 | Thomas III, Jesse | | 8 | 8 | 8 | 0 |
| 14 | Stracuzzi, Rosario | | 31 | 31 | 31 | 0 |
| 15 | Cirulnick, Robert | | 8 | 8 | 8 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 34 | 34 | 34 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 240 | 240 | 240 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 240 | $ 2,743.20 | | $2,743.20 | |
| Local 282 Pension | 3.7800 | 240 | $ 907.20 | | $ 907.20 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 240 | $ 12.00 | | $ 12.00 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 3,662.40 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorea_   TITLE _President_   DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF SEPTEMBER 2019

9/9/19 to 9/14/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 25 | 25 | 25 | 0 |
| 2 | Watkins, Gerald | | 35 | 35 | 35 | 0 |
| 3 | Pastorelli, Michael | | 29 | 29 | 29 | 0 |
| 4 | Romero, Stanley | | 30 | 30 | 30 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 8 | 8 | 8 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Mckenzie, Anthoni | | 0 | 0 | 0 | 0 |
| 9 | Filingeri, Salvatore | | 8 | 8 | 8 | 0 |
| 10 | Medor Didier | | 32 | 32 | 32 | 0 |
| 11 | Pastorelli, Vincent | | 0 | 0 | 0 | 0 |
| 12 | Ramirez, Juan | | 17.5 | 17.5 | 17.5 | 0 |
| 13 | Thomas III, Jesse | | 16 | 16 | 16 | 0 |
| 14 | Stracuzzi, Rosario | | 28.5 | 28.5 | 28.5 | 0 |
| 15 | Cirulnick, Robert | | 17 | 17 | 17 | 0 |
| 16 | McCarthy, Daniel | | 0 | 0 | 0 | 0 |
| 17 | Lucien, Bradley | | 22 | 22 | 22 | 0 |
| 18 | Abreu, Pedro | | 0 | 0 | 0 | 0 |
| 19 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 268 | 268 | 268 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 268 | $ 3,063.24 | | $3,063.24 | |
| Local 282 Pension | 3.7800 | 268 | $ 1,013.04 | | $1,013.04 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 268 | $ 13.40 | | $ 13.40 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 4,089.68 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastoresa_  TITLE _President_  DATE _10/18/19_

LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS
2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF SEPTEMBER 2019

9/16/19 to 9/21/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 36 | 36 | 36 | 0 |
| 3 | Pastorelli, Michael | | 39 | 39 | 39 | 0 |
| 4 | Romero, Stanley | | 25 | 25 | 25 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 23 | 23 | 23 | 0 |
| 7 | Medor Didier | | 27 | 27 | 27 | 0 |
| 8 | Filingeri, Salvatore | | 23 | 23 | 23 | 0 |
| 9 | Ramirez, Juan | | 19.5 | 19.5 | 19.5 | 0 |
| 10 | Thomas III, Jesse | | 0 | 0 | 0 | 0 |
| 11 | Stracuzzi, Rosario | | 0 | 0 | 0 | 0 |
| 12 | Cirulnick, Robert | | 16 | 16 | 16 | 0 |
| 13 | Lucien, Bradley | | 32 | 32 | 32 | 0 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| | INDICATE TOTAL HOURS | | 280.5 | 280.5 | 280.5 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 280.5 | $ 3,206.12 | | $3,206.12 | |
| Local 282 Pension | 3.7800 | 280.5 | $ 1,060.29 | | $1,060.29 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 280.5 | $ 14.03 | | $ 14.03 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |

$ 4,280.43

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastoressa_  TITLE _President_  DATE _10/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
SEPTEMBER 2019

9/23/19 to 9/28/19
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 37 | 37 | 37 | 0 |
| 3 | Pastorelli, Michael | | 37 | 37 | 37 | 0 |
| 4 | Romero, Stanley | | 34.5 | 34.5 | 34.5 | 0 |
| 5 | Garcia, Ariel | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 8 | 8 | 8 | 0 |
| 7 | Treffy, Jeffrey | | 0 | 0 | 0 | 0 |
| 8 | Filingeri, Salvatore | | 31 | 31 | 31 | 0 |
| 9 | Huntes, Steven | | 0 | 0 | 0 | 0 |
| 10 | Medor Didier | | 32 | 32 | 32 | 0 |
| 11 | Ramirez, Juan | | 8 | 8 | 8 | 0 |
| 12 | Thomas III, Jesse | | 0 | 0 | 0 | 0 |
| 13 | Stracuzzi, Rosario | | 0 | 0 | 0 | 0 |
| 14 | Cirulnick, Robert | | 5 | 5 | 5 | 0 |
| 15 | Lucien, Bradley | | 34.5 | 34.5 | 34.5 | 0 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| | INDICATE TOTAL HOURS | | 267 | 267 | 267 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 267 | $ 3,051.81 | | $3,051.81 | |
| Local 282 Pension | 3.7800 | 267 | $ 1,009.26 | | $1,009.26 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 267 | $ 13.35 | | $ 13.35 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 4,074.42 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY *Catherine Pastoresc*   TITLE *President*   DATE 11/18/19

LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS
2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE **07** DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF October 2019

9/30/19 to 10/5/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

|  | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald |  | 32 | 32 | 32 | 0 |
| 3 | Pastorelli, Michael |  | 30 | 30 | 30 | 0 |
| 4 | Salvatore Filingeri |  | 28 | 28 | 28 | 0 |
| 5 | Stanley Romero |  | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer |  | 8 | 8 | 8 | 0 |
| 7 | Medor Didier |  | 21 | 21 | 21 | 0 |
| 8 | Ramirez, Juan |  | 8 | 8 | 8 | 0 |
| 9 | Stracuzzi, Rosario |  | 34.5 | 34.5 | 34.5 | 0 |
| 10 | Cirulnick, Robert |  | 10 | 10 | 10 | 0 |
| 11 | Lucien, Bradley |  | 32.5 | 32.5 | 32.5 | 0 |
| 12 |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |
|  | INDICATE TOTAL HOURS |  | 244 | 244 | 244 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 244 | $ 2,788.92 |  | $2,788.92 |  |
| Local 282 Pension | 3.7800 | 244 | $ 922.32 |  | $ 922.32 |  |
| Local 282 Annuity |  |  |  |  | $ - |  |
| Local 282 Job Trainin | 0.0500 | 244 | $ 12.20 |  | $ 12.20 |  |
| ~~Local 282 Vacation/Sick~~ |  |  |  |  |  |  |
| NYC Ready-Mixed Co | 0.1000 |  | $ - |  | $ - |  |
|  |  |  |  |  | $ 3,723.44 |  |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorss_   TITLE _President_   DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF October 2019

10/7/19 to 10/12/19
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 36 | 36 | 36 | 0 |
| 2 | Watkins, Gerald | | 30 | 30 | 30 | 0 |
| 3 | Pastorelli, Michael | | 27.5 | 27.5 | 27.5 | 0 |
| 4 | Salvatore Filingeri | | 22 | 22 | 22 | 0 |
| 5 | Stanley Romero | | 5 | 5 | 5 | 0 |
| 6 | Cirulnick, Spencer | | 8 | 8 | 8 | 0 |
| 7 | Marcello Winfield | | 20 | 20 | 20 | 0 |
| 8 | Medor Didier | | 21 | 21 | 21 | 0 |
| 9 | Ramirez, Juan | | 7 | 7 | 7 | 0 |
| 10 | Stracuzzi, Rosario | | 24 | 24 | 24 | 0 |
| 11 | Cirulnick, Robert | | 0 | 0 | 0 | 0 |
| 12 | Lucien, Bradley | | 28 | 28 | 28 | 0 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| | INDICATE TOTAL HOURS | | 228.5 | 228.5 | 228.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 228.5 | $ 2,611.76 | | $ 2,611.76 | |
| Local 282 Pension | 3.7800 | 228.5 | $ 863.73 | | $ 863.73 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 228.5 | $ 11.43 | | $ 11.43 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 3,486.91 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastress_ TITLE _President_ DATE _11/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF October 2019

10/14/19 to 10/19/19
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 30 | 30 | 30 | 0 |
| 3 | Pastorelli, Michael | | 35 | 35 | 35 | 0 |
| 4 | Salvatore Filingeri | | 20 | 20 | 20 | 0 |
| 5 | Stanley Romero | | 27 | 27 | 27 | 0 |
| 6 | Cirulnick, Spencer | | 9 | 9 | 9 | 0 |
| 7 | Marcello Winfield | | 22 | 22 | 22 | 0 |
| 8 | Medor Didier | | 21 | 21 | 21 | 0 |
| 9 | Ramirez, Juan | | 8 | 8 | 8 | 0 |
| 10 | Stracuzzi, Rosario | | 35 | 35 | 35 | 0 |
| 11 | Cirulnick, Robert | | 16 | 16 | 16 | 0 |
| 12 | Lucien, Bradley | | 33 | 33 | 33 | 0 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| | INDICATE TOTAL HOURS | | 296 | 296 | 296 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 296 | $ 3,383.28 | | $ 3,383.28 | |
| Local 282 Pension | 3.7800 | 296 | $ 1,118.88 | | $ 1,118.88 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 296 | $ 14.80 | | $ 14.80 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 4,516.96 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Costress_  TITLE _President_  DATE _10/18/19_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
October     2019

10/21/19  to  10/26/19
WEEKLY PAYROLL ENDING DATES

PAGE  1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 36 | 36 | 36 | 0 |
| 3 | Pastorelli, Michael | | 35 | 35 | 35 | 0 |
| 4 | Salvatore Filingeri | | 28 | 28 | 28 | 0 |
| 5 | Stanley Romero | | 0 | 0 | 0 | 0 |
| 6 | Cirulnick, Spencer | | 18.5 | 18.5 | 18.5 | 0 |
| 7 | Marcello Winfield | | 30 | 30 | 30 | 0 |
| 8 | Thomas III, Jesse | | 8 | 8 | 8 | 0 |
| 9 | Medor Didier | | 31 | 31 | 31 | 0 |
| 10 | Ramirez, Juan | | 25 | 25 | 25 | 0 |
| 11 | Stracuzzi, Rosario | | 32 | 32 | 32 | 0 |
| 12 | Cirulnick, Robert | | 25 | 25 | 25 | 0 |
| 13 | Lucien, Bradley | | 34 | 34 | 34 | 0 |
| | INDICATE TOTAL HOURS | | 342.5 | 342.5 | 342.5 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 342.5 | $ 3,914.78 | | $ 3,914.78 | |
| Local 282 Pension | 3.7800 | 342.5 | $ 1,294.65 | | $ 1,294.65 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 342.5 | $ 17.13 | | $ 17.13 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 5,226.55 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastore_    TITLE _President_    DATE _11/18/19_

LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF October 2019

10/28/19 to 11/2/19
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 35 | 35 | 35 | 0 |
| 3 | Pastorelli, Michael | | 28 | 28 | 28 | 0 |
| 4 | Salvatore Filingeri | | 22 | 22 | 22 | 0 |
| 5 | Stanley Romero | | 13 | 13 | 13 | 0 |
| 6 | Cirulnick. Spencer | | 0 | 0 | 0 | 0 |
| 7 | Marcello Winfield | | 27.5 | 27.5 | 27.5 | 0 |
| 8 | Thomas III, Jesse | | 8 | 8 | 8 | 0 |
| 9 | Medor Didier | | 31 | 31 | 31 | 0 |
| 10 | Ramirez, Juan | | 10 | 10 | 10 | 0 |
| 11 | Stracuzzi, Rosario | | 27 | 27 | 27 | 0 |
| 12 | Cirulnick, Robert | | 19 | 19 | 19 | 0 |
| 13 | Lucien, Bradley | | 26 | 26 | 26 | 0 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| | INDICATE TOTAL HOURS | | 286.5 | 286.5 | 286.5 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 286.5 | $ 3,274.70 | | $ 3,274.70 | |
| Local 282 Pension | 3.7800 | 286.5 | $ 1,082.97 | | $ 1,082.97 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 286.5 | $ 14.33 | | $ 14.33 | |
| Local 282 Vacation/Sick | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 4,371.99 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastrussa_  TITLE _President_  DATE _11/15/19_