**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE **07** DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
February 2020

2/17/20 to 2/22/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 36 | 36 | 36 | 0 |
| 2 | Watkins, Gerald | | 32 | 32 | 32 | 0 |
| 3 | Pastorelli, Michael | | 20 | 20 | 20 | 0 |
| 4 | Stracuzzi, Rosario | | 20 | 20 | 20 | 0 |
| 5 | Pule, Oscar | | 21 | 21 | 21 | 0 |
| 6 | Cirulnick, Spencer | | 40 | 40 | 40 | 0 |
| 7 | Ramirez, Juan | | 16 | 16 | 16 | 0 |
| 8 | Cirulnick, Robert | | 21 | 21 | 21 | 0 |
| 9 | | | | | | 0 |
| 10 | | | | | | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| 20 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 206 | 206 | 206 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 206 | $ 2,354.58 | | $ 2,354.58 | |
| Local 282 Pension | 3.7800 | 206 | $ 778.68 | | $ 778.68 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 206 | $ 10.30 | | $ 10.30 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 3,143.56 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastoressa_  TITLE _President_  DATE _2/22/2020_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE **07** DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
February      2020

2/24/20   to   2/29/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 33 | 33 | 33 | 0 |
| 3 | Pastorelli, Michael | | 30 | 30 | 30 | 0 |
| 4 | Stracuzzi, Rosario | | 26 | 26 | 26 | 0 |
| 5 | Pule, Oscar | | 12 | 12 | 12 | 0 |
| 6 | Cirulnick, Spencer | | 40 | 40 | 40 | 0 |
| 7 | Ramirez, Juan | | 21 | 21 | 21 | 0 |
| 8 | Cirulnick, Robert | | 16 | 16 | 16 | 0 |
| 9 | | | | | | 0 |
| 10 | | | | | | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| 20 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 218 | 218 | 218 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| 0 | FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|---|
| | Local 282 Welfare | 11.4300 | 218 | $ 2,491.74 | | $ 2,491.74 | |
| | Local 282 Pension | 3.7800 | 218 | $ 824.04 | | $ 824.04 | |
| | Local 282 Annuity | | | | | $ - | |
| | Local 282 Job Trainin | 0.0500 | 218 | $ 10.90 | | $ 10.90 | |
| | ~~Local 282 Vacation/Sick~~ | | | | | | |
| | NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | | $ 3,326.68 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastoresse_   TITLE _President_   DATE _2/29/2020_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

## REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
March    2020

3/2/20 to 3/7/20
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 25 | 25 | 25 | 0 |
| 2 | Watkins, Gerald | | 24 | 24 | 24 | 0 |
| 3 | Pastorelli, Michael | | 22 | 22 | 22 | 0 |
| 4 | Stracuzzi, Rosario | | 21 | 21 | 21 | 0 |
| 5 | Priester, Eric | | 8 | 8 | 8 | 0 |
| 6 | Pule, Oscar | | 26 | 26 | 26 | 0 |
| 7 | Cirulnick, Spencer | | 40 | 40 | 40 | 0 |
| 8 | Ramirez, Juan | | 16 | 16 | 16 | 0 |
| 9 | Cirulnick, Robert | | 25 | 25 | 25 | 0 |
| | INDICATE TOTAL HOURS | | 207 | 207 | 207 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 207 | $ 2,366.01 | | $ 2,366.01 | |
| Local 282 Pension | 3.7800 | 207 | $ 782.46 | | $ 782.46 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 207 | $ 10.35 | | $ 10.35 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 3,158.82 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY *Catherine Castrese*    TITLE *President*    DATE 3/7/2020

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF March 2020

3/9/20 to 3/14/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 35 | 35 | 35 | 0 |
| 3 | Pastorelli, Michael | | 25 | 25 | 25 | 0 |
| 4 | Stracuzzi, Rosario | | 32 | 32 | 32 | 0 |
| 5 | Pule, Oscar | | 20 | 20 | 20 | 0 |
| 6 | Cirulnick, Spencer | | 40 | 40 | 40 | 0 |
| 7 | Ramirez, Juan | | 32 | 32 | 32 | 0 |
| 8 | Cirulnick, Robert | | 32 | 32 | 32 | 0 |
| | INDICATE TOTAL HOURS | | 256 | 256 | 256 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 256 | $ 2,926.08 | | $ 2,926.08 | |
| Local 282 Pension | 3.7800 | 256 | $ 967.68 | | $ 967.68 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 256 | $ 12.80 | | $ 12.80 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |

$ 3,906.56

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorese_ TITLE _President_ DATE _3/14/20_

## LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

### REMITTANCE REPORT FORM

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF March 2020

3/16/20 to 3/21/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 40 | 40 | 40 | 0 |
| 2 | Watkins, Gerald | | 25.5 | 25.5 | 25.5 | 0 |
| 3 | Pastorelli, Michael | | 21 | 21 | 21 | 0 |
| 4 | Cirulnick, Spencer | | 32 | 32 | 32 | 0 |
| 5 | Thomas III, Jesse | | 16 | 16 | 16 | 0 |
| 6 | Johnson, Darnell | | 16.5 | 16.5 | 16.5 | 0 |
| 7 | Ramirez, Juan | | 32 | 32 | 32 | 0 |
| 8 | Stracuzzi, Rosario | | 28 | 28 | 28 | 0 |
| 9 | Cirulnick, Robert | | 16 | 16 | 16 | 0 |
| 10 | Pule, Oscar | | 32 | 32 | 32 | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 259 | 259 | 259 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 259 | $ 2,960.37 | | $ 2,960.37 | |
| Local 282 Pension | 3.7800 | 259 | $ 979.02 | | $ 979.02 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 259 | $ 12.95 | | $ 12.95 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |

$ 3,952.34

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorem_  TITLE _President_   DATE _3/21/2020_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF March 2020

3/23/20 to 3/28/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 8 | 8 | 8 | 0 |
| 2 | Watkins, Gerald | | 8 | 8 | 8 | 0 |
| 3 | Cirulnick. Spencer | | 32 | 32 | 32 | 0 |
| 4 | Pule, Oscar | | 29 | 29 | 29 | 0 |
| 5 | Ramirez, Juan | | 26.5 | 26.5 | 26.5 | 0 |
| 6 | Johnson, Darnell | | 21.5 | 21.5 | 21.5 | 0 |
| 7 | Stracuzzi, Rosario | | 29.5 | 29.5 | 29.5 | 0 |
| 8 | Cirulnick, Robert | | 24 | 24 | 24 | 0 |
| 9 | | | | | | 0 |
| 10 | | | | | | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| 20 | | | | | | 0 |
| 21 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 178.5 | 178.5 | 178.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 178.5 | $ 2,040.26 | | $ 2,040.26 | |
| Local 282 Pension | 3.7800 | 178.5 | $ 674.73 | | $ 674.73 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 178.5 | $ 8.93 | | $ 8.93 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 2,723.91 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastores_   TITLE _President_   DATE _3/28/2020_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF April 2020

3/30/20 to 4/4/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

|   | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 20 | 20 | 20 | 0 |
| 2 | Watkins, Gerald | | 16 | 16 | 16 | 0 |
| 3 | Pastorelli, Michael | | 16 | 16 | 16 | 0 |
| 4 | Cirulnick, Spencer | | 32 | 32 | 32 | 0 |
| 5 | Pule, Oscar | | 8 | 8 | 8 | 0 |
| 6 | Johnson, Darnell | | 4 | 4 | 4 | 0 |
| 7 | Ramirez, Juan | | 5 | 5 | 5 | 0 |
| 8 | Stracuzzi, Rosario | | 16.5 | 16.5 | 16.5 | 0 |
| 9 | Cirulnick, Robert | | 5.5 | 5.5 | 5.5 | 0 |
| 10 | | | | | | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| 20 | | | | | | 0 |
| 21 | | | | | | 0 |
| | | INDICATE TOTAL HOURS | 123 | 123 | 123 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| 0 | FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|---|
| | Local 282 Welfare | 11.4300 | 123 | $ 1,405.89 | | $ 1,405.89 | |
| | Local 282 Pension | 3.7800 | 123 | $ 464.94 | | $ 464.94 | |
| | Local 282 Annuity | | | | | $ - | |
| | Local 282 Job Trainin | 0.0500 | 123 | $ 6.15 | | $ 6.15 | |
| | ~~Local 282 Vacation/Sick~~ | | | | | | |
| | NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | | $ 1,876.98 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY *Catherine Pastoressa*    TITLE *President*    DATE 4/4/2020

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE **07** DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
April    2020

4/6/20    to    4/11/20
WEEKLY PAYROLL ENDING DATES
PAGE  1

|    | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|----|-------------------------------|-------------------|---------|---------|------------|---------------|
| 1  | Hanoune, Khalil               | Redacted          | 28      | 28      | 28         | 0             |
| 2  | Watkins, Gerald               |                   | 8       | 8       | 8          | 0             |
| 3  | Pastorelli, Michael           |                   | 21      | 21      | 21         | 0             |
| 4  | Cirulnick. Spencer            |                   | 32      | 32      | 32         | 0             |
| 5  | Pule, Oscar                   |                   | 12      | 12      | 12         | 0             |
| 6  | Johnson, Darnell              |                   | 4       | 4       | 4          | 0             |
| 7  | Stracuzzi, Rosario            |                   | 12      | 12      | 12         | 0             |
| 8  |                               |                   |         |         |            | 0             |
| 9  |                               |                   |         |         |            | 0             |
| 10 |                               |                   |         |         |            | 0             |
| 11 |                               |                   |         |         |            | 0             |
| 12 |                               |                   |         |         |            | 0             |
| 13 |                               |                   |         |         |            | 0             |
| 14 |                               |                   |         |         |            | 0             |
| 15 |                               |                   |         |         |            | 0             |
| 16 |                               |                   |         |         |            | 0             |
| 17 |                               |                   |         |         |            | 0             |
| 18 |                               |                   |         |         |            | 0             |
| 19 |                               |                   |         |         |            | 0             |
| 20 |                               |                   |         |         |            | 0             |
| 21 |                               |                   |         |         |            | 0             |
|    |                               | INDICATE TOTAL HOURS | 117  | 117     | 117        | 0             |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|------|------|------------|----------|---------|-----------|---------|
| Local 282 Welfare | 11.4300 | 117 | $ 1,337.31 | | $ 1,337.31 | |
| Local 282 Pension | 3.7800 | 117 | $ 442.26 | | $ 442.26 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 117 | $ 5.85 | | $ 5.85 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
|  |  |  |  |  | $ 1,785.42 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastoress_    TITLE _President_    DATE _4/11/20_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF April 2020

4/13/20 to 4/18/20
WEEKLY PAYROLL ENDING DATES

PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 21 | 21 | 21 | 0 |
| 2 | Watkins, Gerald | | 0 | 0 | 0 | 0 |
| 3 | Pastorelli, Michael | | 16 | 16 | 16 | 0 |
| 4 | Cirulnick, Spencer | | 24 | 24 | 24 | 0 |
| 5 | Pule, Oscar | | 16 | 16 | 16 | 0 |
| 6 | Johnson, Darnell | | 5.5 | 5.5 | 5.5 | 0 |
| 7 | Stracuzzi, Rosario | | 6 | 6 | 6 | 0 |
| 8 | Cirulnick, Robert | | 8 | 8 | 8 | 0 |
| 9 | | | | | | 0 |
| 10 | | | | | | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| 20 | | | | | | 0 |
| 21 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 96.5 | 96.5 | 96.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 96.5 | $ 1,103.00 | | $ 1,103.00 | |
| Local 282 Pension | 3.7800 | 96.5 | $ 364.77 | | $ 364.77 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 96.5 | $ 4.83 | | $ 4.83 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 1,472.59 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorese_    TITLE _President_    DATE _4/18/2020_

LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE 07 DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
April    2020

4/20/20   to   4/25/20
WEEKLY PAYROLL ENDING DATES

PAGE  1

|    | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|----|--------------------------------|-------------------|---------|---------|------------|---------------|
| 1  | Hanoune, Khalil                | Redacted          | 21      | 21      | 21         | 0             |
| 2  | Watkins, Gerald                |                   | 0       | 0       | 0          | 0             |
| 3  | Pastorelli, Michael            |                   | 24      | 24      | 24         | 0             |
| 4  | Cirulnick. Spencer             |                   | 16      | 16      | 16         | 0             |
| 5  | Pule, Oscar                    |                   | 15      | 15      | 15         | 0             |
| 6  | Johnson, Darnell               |                   | 5.5     | 5.5     | 5.5        | 0             |
| 7  | Stracuzzi, Rosario             |                   | 24      | 24      | 24         | 0             |
| 8  | Cirulnick, Robert              |                   | 8       | 8       | 8          | 0             |
| 9  |                                |                   |         |         |            | 0             |
| 10 |                                |                   |         |         |            | 0             |
| 11 |                                |                   |         |         |            | 0             |
| 12 |                                |                   |         |         |            | 0             |
| 13 |                                |                   |         |         |            | 0             |
| 14 |                                |                   |         |         |            | 0             |
| 15 |                                |                   |         |         |            | 0             |
| 16 |                                |                   |         |         |            | 0             |
| 17 |                                |                   |         |         |            | 0             |
| 18 |                                |                   |         |         |            | 0             |
| 19 |                                |                   |         |         |            | 0             |
| 20 |                                |                   |         |         |            | 0             |
| 21 |                                |                   |         |         |            | 0             |
|    |                                | INDICATE TOTAL HOURS | 113.5 | 113.5 | 113.5 | 0 |

PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|------|------|------------|----------|---------|-----------|---------|
| Local 282 Welfare | 11.4300 | 113.5 | $ 1,297.31 | | $ 1,297.31 | |
| Local 282 Pension | 3.7800 | 113.5 | $ 429.03 | | $ 429.03 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 113.5 | $ 5.68 | | $ 5.68 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |

$ 1,732.01

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastorese_   TITLE _President_   DATE _4/25/2020_

**LOCAL 282 WELFARE, PENSION, ANNUITY, JOB TRAINING & VACATION/SICK LEAVE TRUST FUNDS**

2500 Marcus Ave., Lake Success, NY 11042 (718) 343-3322 (516) 488-2822 FAX (516) 488-4490

**REMITTANCE REPORT FORM**

REMITTANCE FOR THE PERIOD COVERED BY THIS REPORT IS DUE **07** DAYS AFTER THE CLOSE OF THE PERIOD LISTED BELOW

6839
READY MIX-CONCRETE (NYC)
ALL AMERICAN TRANSIT MIC
46 KNICKERBOCKER AVE
BROOKLYN NY 11237

HOURS FOR THE MONTH OF
MAY 2020

4/27/20 to 5/2/20
WEEKLY PAYROLL ENDING DATES
PAGE 1

| # | Employee Last name, First name | Social Security # | Welfare | Pension | Job Train. | Vacation/sick |
|---|---|---|---|---|---|---|
| 1 | Hanoune, Khalil | Redacted | 25.5 | 25.5 | 25.5 | 0 |
| 2 | Watkins, Gerald | | 8 | 8 | 8 | 0 |
| 3 | Pastorelli, Michael | | 12 | 12 | 12 | 0 |
| 4 | Cirulnick, Spencer | | 16 | 16 | 16 | 0 |
| 5 | Pule, Oscar | | 18 | 18 | 18 | 0 |
| 6 | Johnson, Darnell | | 9 | 9 | 9 | 0 |
| 7 | Stracuzzi, Rosario | | 12 | 12 | 12 | 0 |
| 8 | Cirulnick, Robert | | 0 | 0 | 0 | 0 |
| 9 | | | | | | 0 |
| 10 | | | | | | 0 |
| 11 | | | | | | 0 |
| 12 | | | | | | 0 |
| 13 | | | | | | 0 |
| 14 | | | | | | 0 |
| 15 | | | | | | 0 |
| 16 | | | | | | 0 |
| 17 | | | | | | 0 |
| 18 | | | | | | 0 |
| 19 | | | | | | 0 |
| 20 | | | | | | 0 |
| 21 | | | | | | 0 |
| | INDICATE TOTAL HOURS | | 100.5 | 100.5 | 100.5 | 0 |

**PLEASE SUBMIT YOUR REMITTANCE WITH SEPARATE CHECKS PAYABLE TO EACH APPLICABLE FUND**

| FUND | RATE | TOTAL HRS. | AMT. DUE | ADJUST. | AMT. PAID | CHECK # |
|---|---|---|---|---|---|---|
| Local 282 Welfare | 11.4300 | 100.5 | $ 1,148.72 | | $ 1,148.72 | |
| Local 282 Pension | 3.7800 | 100.5 | $ 379.89 | | $ 379.89 | |
| Local 282 Annuity | | | | | $ - | |
| Local 282 Job Trainin | 0.0500 | 100.5 | $ 5.03 | | $ 5.03 | |
| ~~Local 282 Vacation/Sick~~ | | | | | | |
| NYC Ready-Mixed Co | 0.1000 | | $ - | | $ - | |
| | | | | | $ 1,533.63 | |

BY SIGNING THIS REPORT YOU AGREE TO ACCEPT THE TERMS OF THE CURRENT LOCAL 282 INDUSTRY COLLECTIVE BARGAINING AGREEMENT COVERING THE WORK PERFORMED BY YOUR EMPLOYEES.

SIGNED BY _Catherine Pastoressa_   TITLE _President_   DATE _5/2/2020_